JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD AUDILIO OROZCO VASQUEZ,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ, JR., et al.,<br>Respondents. | Case No. 5:26-cv-04829 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the Petition is granted in part.

Dated: November 10, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge